Prob 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 15-00195-01-CR-W-BP |
| DOCKET NUMBER *(Rec. Court)* | |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| MITCHELL J. JEMISON | Western District of Missouri | Western Division |
| | NAME OF SENTENCING JUDGE | |
| | Beth Phillips | |
| | DATES OF PROBATION /SUPERVISED RELEASE: | From 12/17/2015 — To 12/16/2020 |

OFFENSE

Bank Theft - Embezzlement

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for Southern District of Iowa (Des Moines) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/7/2017
Date

*/s/ Beth Phillips*
Beth Phillips
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of the order.

June 8, 2017
Effective Date

[signature]